DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MONIER RAHALL,

Appellant,

v.

INXS V, LLC; INXS VI, LLC; INXS VII, LLC; JJJ FAMILY LLLP; SENSIBLE
PROPERTY MANAGEMENT, INC.; DANIEL FEINMAN; SHERRILL
MICKEY; DAVID LOWREY; and PEER TITLE, INC.,

Appellees.

No. 2D2025-0342

_____

March 11, 2026

Appeal from the Circuit Court for Hillsborough County; Melissa M. Polo,
Judge.

Jawdet I. Rubaii of Jawdet I. Rubaii, P.A., Clearwater, for Appellant.

Tracy S. Carlin, Steven L. Brannock, and Sarah B. Roberge of Brannock
Berman & Seider, Tampa; and Jeffrey P. Lieser and William E. Roberts of
Lieser Skaff Alexander, Tampa, for Appellees INXS V, LLC, INXS VI, LLC,
INXS VII, LLC, JJJ Family, LLLP, Sensible Property Management, Daniel
Feinman, Sherrill Mickey, and David Lowrey.

Ross M. Mabery of Perry G. Gruman, P.A., Tampa, for Appellee Peer Title,
Inc.

PER CURIAM.

Affirmed.

KHOUZAM, MORRIS, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.